and others. No opinion. Motion denied. See, also, 126 N. Y. Supp. 1128.

EDWARDS, Appellant, v. HOGUE, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 30, 1910.) Action by Julius Edwards against William L. Hogue.

PER CURIAM. Judgment affirmed, with costs.

SPRING, J., not sitting.

EICHMEYER, Respondent, v. RANDALL, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. January 11, 1911.) Action by William D. Eichmeyer, as administrator, etc., against Alice E. Randall, impleaded with others. No opinion. Judgment and order affirmed, with costs.

EINSTEIN, Appellant, v. MILLER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 18, 1911.) Action by Myer Einstein against Joseph A. Miller and another. No opinion. Judgment and order affirmed, with costs.

EMPIRE STATE SURETY CO., Respondent, v. LOCKWOOD, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by the Empire State Surety Company against Arthur H. Lockwood. No opinion. Judgment and order affirmed, with costs.

BURR, J., not voting.

ETTLINGER v. ITALIAN UNION REALTY & SECURITY CO. et al. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Lina Ettlinger against the Italian Union Realty & Security Company and others. No opinion. Motion granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, infra.

ETTLINGER v. ITALIAN UNION REALTY & SECURITY CO. et al. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Lina Ettlinger against the Italian Union Realty & Security Company, and others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, supra and infra.

ETTLINGER, Respondent, v. ITALIAN UNION REALTY & SECURITY CO. et al., Appellants (two cases). (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by Lina Ettlinger against the Italian Union Realty & Security Company and others. J. Sapinsky, for appellants. W. F. Peacock, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed. See, also, supra and infra.

LAUGHLIN, J., dissents and votes for modification. CLARKE, J., dissents and votes for reversal.

ETTLINGER v. ITALIAN UNION REALTY & SECURITY CO. et al. (two cases). (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by Lina Ettlinger against the Italian Union Realty & Security Company and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, supra.

EXPORT TRUCKING CO., Appellant, v. G. W. SHELDON & CO., Respondents. (Supreme Court, Appellate Division, First Department. December 30, 1910.) Action by the Export Trucking Company against G. W. Sheldon & Co. W. E. Tipple, for appellant. H. W. Rudd, for respondents. No opinion. Determination affirmed, with costs, and judgment absolute ordered for defendant, with costs. Order filed. See, also, 119 N. Y. Supp. 209.

FADEN, Respondent, v. FADEN, Appellant. (Supreme Court, Appellate Division, First Department. December 9, 1910.) Action by William R. Faden against Marie A. Faden. D. C. Outlear, for appellant. C. H. Owen, for respondent. No opinion. Order affirmed, without costs. Order filed.

FARQUHARSON et al., Respondents, v. BROKAW, Appellant. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by Jessie Farquharson and another against William Gould Brokaw. No opinion. Order (67 Misc. Rep. 277, 124 N. Y. Supp. 476) affirmed, with $10 costs and disbursements.

FAURIE, Respondent, v. LAZELLE, Appellant. (Supreme Court, Appellate Division, First Department. December 23, 1910.) Action by Edith Faurie against Harry Lazelle. J. Ingle, Jr., for appellant. A. Epstein, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 115 N. Y. Supp. 1120, 130 App. Div. 903; infra.

FAURIE v. LAZELLE. (Supreme Court, Appellate Division, First Department. January 20, 1911.) Action by Edith Faurie against Harry Lazelle. No opinion. Motion denied, with $10 costs. Order filed. See, also, supra.

FELDHUS, Appellant, v. PISTOR et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Frederick G. Feldhus against Henry Pistor and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

FIRST NAT. BANK OF BINGHAMTON, Respondent, v. MUTUAL LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 9, 1910.) Action by the First National Bank of Binghamton against the Mutual Life Insurance Company. No opinion. Motion denied. See, also, 125 N. Y. Supp. 1119.